SPENCER HOSIE (No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (No. 89205)
gbishop@hosielaw.com
HOSIE McARTHUR LLP
One Market, Spear Tower, 22nd Floor
San Francisco, California 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001

Attorneys for Plaintiff
Zvue Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZVUE CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>VUZE, INC.,<br><br>    Defendant. | Case No. C 08-0331 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

1  Dated: January 22, 2008                    Respectfully submitted,

2

3                                              /s/ George F. Bishop
                                              SPENCER HOSIE (No. 101777)
4                                             shosie@hosielaw.com
                                              GEORGE F. BISHOP (No. 89205)
5                                             gbishop@hosielaw.com
                                              HOSIE McARTHUR LLP
6                                             One Market, Spear Tower, 22nd Floor
                                              San Francisco, California  94105
7                                             Telephone:  (415) 247-6000
                                              Facsimile:   (415) 247-6001
8
                                              Attorneys for Plaintiff
9                                             Zvue Corporation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED                    2                 CASE NO. C 08-0331 MEJ
BEFORE A MAGISTRATE

# CERTIFICATE OF SERVICE

I, Janine DeAndre, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie McArthur LLP, One Market, Spear Tower, 22nd Floor, San Francisco, California, 94105.

On January 22, 2008, I served the following attached

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

by U.S. Mail and Electronic Mail at San Francisco, California, addressed to the following parties:

John L. Slafsky
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd.
Palo Alto, CA  49304
jslafsky@wsgr.com

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  January 22, 2008

                                                ____/s/ Janine DeAndre_____
                                                  Janine DeAndre