1

2

3  IN THE UNITED STATES DISTRICT COURT

4  FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6  ZVUE CORP,                                    No. C 08-00331 WHA

7        Plaintiff,

8   v.                                          **CLERK'S NOTICE SCHEDULING**
                                                **INITIAL CASE MANAGEMENT**
9  VUZE INC.,                                   **CONFERENCE ON REASSIGNMENT**

10        Defendant.
    _____/

11

12  (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing
    on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of
13  Service)

14        YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management

15  Conference for **April 24, 2008 at 11:00 a.m.**, before the Honorable William Alsup.  Please report

16  to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San

17  Francisco, CA  94102.  Not less than seven days prior, counsel shall submit a joint case

18  management conference statement not to exceed ten pages.  All other deadlines in the initial case

19  management scheduling order filed on January 17, 2008 remain in effect.

20        Parties requesting a continuance shall submit a stipulation and proposed order.  If the

21  parties are unable to reach a stipulation, the requesting party shall submit an ex parte application

22  with a proposed order.

23  Dated: January 28, 2008                      FOR THE COURT,

24                                               Richard W. Wieking, Clerk

25                                               By:_____
                                                    Dawn K. Toland
26                                                  Courtroom Deputy to the
                                                    Honorable William Alsup
27

28

United States District Court
For the Northern District of California