1  SPENCER HOSIE (No. 101777)
   shosie@hosielaw.com
2  GEORGE F. BISHOP (No. 89205)
   gbishop@hosielaw.com
3  HOSIE McARTHUR LLP
   One Market, Spear Tower, 22nd Floor
4  San Francisco, California 94105
   Telephone: (415) 247-6000
5  Facsimile:  (415) 247-6001

6  Attorneys for Plaintiff
   Zvue Corporation

7

8
                        UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12
   ZVUE CORPORATION
13
                                              Case No. C 08-0331 WHA
          Plaintiff,
14
   v.
                                              **CERTIFICATE OF SERVICE**
15
   VUZE, INC.,
16
          Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                      CASE NO. C 08-0331 WHA

**CERTIFICATE OF SERVICE**

I, Janine DeAndre, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie McArthur LLP, One Market, Spear Tower, 22nd Floor, San Francisco, California, 94105.

On January 30, 2008, I served the following attached

> **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT, DATED JANUARY 28, 2008; AND**
>
> **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP, DATED JANUARY 7, 2008**

by U.S. Mail and Electronic Mail at San Francisco, California, addressed to the following parties:

John L. Slafsky
Wilson Sonsini Goodrich & Rosati
650 Page Mill Rd.
Palo Alto, CA  49304
jslafsky@wsgr.com

*Attorney for VUZE, INC.*

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  January 30, 2008

                                               /s/ Janine DeAndre
                                                Janine DeAndre