# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZVUE CORPORATION | SUMMONS IN A CIVIL CASE |
| | CASE NUMBER: |
| V. | |
| VUZE, INC. | C 08 0331 |
| | MEJ |

TO: (Name and address of defendant)

VUZE, INC.
c/o Gilles Bianrosa
471 Emerson Street
Palo Alto, CA 94301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Spencer Hosie
George Bishop
Hosie McArthur LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 1-17-08

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>February 20, 2008 |
| Name of SERVER<br>Janine DeAndre | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
John L. Slafsky
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Attorney for Vuze, Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0 | $0 | $0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 21, 2008
         Date

*Signature of Server*
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure