JOHN L. SLAFSKY, State Bar No. 195513
HOLLIS BETH HIRE, State Bar No. 203651
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811
Email:  jslafsky@wsgr.com; hhire@wsgr.com

Attorneys for Defendant
Vuze, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZVUE CORPORATION, | CASE NO.:  08-CV-0331 WHA (MEJ) |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| VUZE, INC., | |
| Defendant. | |
| VUZE, INC., | |
| Counterclaimant, | |
| v. | |
| ZVUE CORPORATION, | |
| Counterclaim Defendant. | |

        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

                --BV Capital

                --Greycroft Partners

                -- Olivier Chalouhi

-10-

1

Dated:  March 11, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

2

3

By:  ___/s/ Hollis Beth Hire_____
          John L. Slafsky
          Hollis Beth Hire

4

5

Attorneys for Defendant
Vuze, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3304924_2.DOC

CERTIFICATION OF INTERESTED ENTITIES
CASE NO.:  08-CV-0331 WHA (MEJ)