SPENCER HOSIE (No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, Spear Tower, 22nd Floor
San Francisco, California 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001

*Attorneys for Plaintiff*
*Zvue Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ZVUE CORPORATION

Plaintiff-Counterclaim Defendant,

v.

VUZE, INC.,

Defendant-Counterclaimant.

Case No. C 08-0331 WHA

**PLAINTIFF AND COUNTERDEFENDANT ZVUE CORPORATION'S REPLY TO COUNTERCLAIM OF VUZE, INC.**

**DEMAND FOR JURY TRIAL**

Plaintiff and Counterclaim Defendant, Zvue Corporation ("Zvue"), submits this Reply to Defendant and Counterclaimant Vuze, Inc.'s ("Vuze") Counterclaim, which is set forth in Vuze's "Answer and Counterclaim," dated March 11, 2008. Zvue denies the allegations embodied in the headings of Vuze's Counterclaim. For its Reply to the numbered paragraphs of Vuze's Counterclaim, Zvue avers that it:

1. Admits the allegations of Paragraph 1.

2. Admits the allegations of Paragraph 2.

3. Admits the allegations of Paragraph 3.

4. Admits that Zvue is a Delaware corporation with its principal place of business in San Francisco, California, and that Zvue was formerly known as Handheld Entertainment, Inc. Zvue is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 4 and on that basis denies such allegations.

5. Admits the allegations of Paragraph 5.

6. Admits the allegations of Paragraph 6.

7. Admits the allegations of Paragraph 7.

8. Denies that the filing date of the two applications was March 14, 2004 and avers that the filing date was March 10, 2004. Otherwise, admits the allegations of Paragraph 8.

9. Admits the allegations of Paragraph 9.

10. Admits that the originally-filed applications included the listed goods and services, denies that this listing completely and accurately describes the goods and services included in the amended application upon which registration was granted, and denies each and every remaining allegation in Paragraph 10.

11. Admits that the applications were supported by a declaration; avers that the declaration stated that all statements made of declarant's own knowledge are true and that all statements made on information and belief are believed to be true; and denies each and every remaining allegation in Paragraph 11.

12. Denies the allegations of Paragraph 12.

13. Denies that Zvue made misrepresentations, and as to each and every remaining allegation in Paragraph 13 Zvue is without knowledge or

information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegations.

14. Admits that Zvue is alleging the Registrations in support of its complaint and denies each and every remaining allegation in Paragraph 14.

15. Denies the allegations of Paragraph 15.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

**(Failure to State a Claim)**

The Counterclaim, and each claim asserted within it, fails to state a claim upon which relief can be granted.

**Second Affirmative Defense**

**(Laches)**

Vuze is barred from relief in this action under the doctrine of laches.

**Third Affirmative Defense**

**(Estoppel)**

Vuze is barred from relief in this action under the doctrine of estoppel.

**Fourth Affirmative Defense**

**(Unclean Hands)**

Vuze is barred from relief in this action under the doctrine of unclean hands.

**Fifth Affirmative Defense**

**(Acquiescence)**

Vuze is barred from relief in this action under the doctrine of acquiescence.

**<u>Sixth Affirmative Defense</u>**

**(Failure to mitigate)**

Vuze is barred from relief by its failure to mitigate damages.

**PRAYER FOR RELIEF**

Wherefore, Zvue prays for judgment upon Vuze's Counterclaims as follows:

A. That Vuze's Counterclaims be dismissed with prejudice and that Vuze take nothing thereunder;

B. That judgment be entered in favor of Zvue;

C. That Zvue be awarded its costs, disbursements, and attorney's fees in connection with this action; and

D. That Zvue be awarded such other and further relief as the Court may deem just and proper.

Dated: March 31, 2008

Respectfully submitted,

/s/ George F. Bishop

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, Spear Tower, 22nd Floor
San Francisco, CA 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001

*Attorneys for Plaintiff*
*ZVUE CORPORATION*

**DEMAND FOR JURY TRIAL**

Plaintiff and counter-defendant, by its undersigned attorneys, demands a trial by jury on all issues so triable.

Dated: March 31, 2008

Respectfully submitted,

__/s/ George F. Bishop_________________

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, Spear Tower, 22nd Floor
San Francisco, CA 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001

*Attorneys for Plaintiff*
*ZVUE CORPORATION*