SPENCER HOSIE (No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, Spear Tower, 22nd Floor
San Francisco, California 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001

Attorneys for Plaintiff
Zvue Corp.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZVUE CORPORATION,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>VUZE, INC.,<br><br>    Defendant-Counterclaimant. | Case No. C 08-0331 WHA<br><br>**STIPULATION TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** |

Plaintiff Zvue Corp. ("Plaintiff") and defendant Vuze, Inc. ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS, the parties have executed a Binding Term Sheet for the settlement and dismissal of this case, which provides that a final settlement agreement be executed on or before April 23, 2008;

WHEREAS, the Order Setting Initial Case Management Conference and ADR Deadlines sets April 24, at 10:00 a.m. as the date and time for the Initial Case Management Conference; and also sets April 17, 2008 as the deadline for completing initial disclosures, as well as for filing the F.R.C.P. Rule 26(f) report and filing the Case Management Statement;

1 WHEREAS there have been no prior extensions of the Case Management Conference or
2 subsidiary dates; and
3 WHEREAS, in order to provide time for completion of settlement and dismissal of this
4 action, the parties seek to continue for 28 days the date of the Case Management Conference
5 and the dates of the other matters set forth in the Order Setting Initial Case Management
6 Conference and ADR Deadlines, THEREFORE:
7 IT IS HEREBY STIPULATED by and between the parties hereto through their
8 respective attorneys of record that the Case Management Conference will be rescheduled for
9 May 22, 2008, or as soon thereafter as the conference may be heard, and that the other dates set
10 forth in the Order Setting Initial Case Management Conference and ADR Deadlines will be
11 continued accordingly.

DATED:   April 16, 2008

HOSIE RICE LLP

By: ___*/s/George F. Bishop*___
George F. Bishop
Attorneys for Plaintiff Zvue Corp.


WILSON SONSINI GOODRICH & ROSATI

By:___*/s/John Slafsky*___
John Slafsky
Attorneys for Defendant Vuze, Inc.


I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

By: ___*/s/George F. Bishop*___
George F. Bishop
Attorneys for Plaintiff Zvue Corp.

STIPULATION TO EXTEND TIME FOR CASE          2                              Case No. 08-0331 WHA
MANAGEMENT CONFERENCE; PROPOSED ORDER

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the Case Management Conference will be rescheduled to take place on May 22, 2008, at ___ ___ or as soon thereafter as the conference may be heard, on _____, and that the other dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines will be continued accordingly.

SO ORDERED

April __, 2008              _____
                             William H. Alsup
                             United States District Judge