1  SPENCER HOSIE (No. 101777)
   shosie@hosielaw.com
2  GEORGE F. BISHOP (No. 89205)
   gbishop@hosielaw.com
3  HOSIE RICE LLP
   One Market, Spear Tower, 22nd Floor
4  San Francisco, California 94105
   Telephone: (415) 247-6000
5  Facsimile:  (415) 247-6001

6  Attorneys for Plaintiff
   Zvue Corp.

7

8

9              UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 ZVUE CORPORATION                    Case No. C 08-0331 WHA

14     Plaintiff-Counterclaim
       Defendant,                       **STIPULATION TO EXTEND TIME
15                                       FOR CASE MANAGEMENT
   v.                                    CONFERENCE; PROPOSED ORDER**
16
   VUZE, INC.,
17
       Defendant-Counterclaimant.
18

19     Plaintiff Zvue Corp. ("Plaintiff") and defendant Vuze, Inc. ("Defendant"), hereby

20 stipulate through their respective counsel of record as follows:

21     WHEREAS, the parties have executed a Binding Term Sheet for the settlement and

22 dismissal of this case, which provides that a final settlement agreement be executed on or before

23 April 23, 2008;

24     WHEREAS, the Order Setting Initial Case Management Conference and ADR Deadlines

25 sets April 24, at 10:00 a.m. as the date and time for the Initial Case Management Conference;

26 and also sets April 17, 2008 as the deadline for completing initial disclosures, as well as for

27 filing the F.R.C.P. Rule 26(f) report and filing the Case Management Statement;

28

STIPULATION TO EXTEND TIME FOR CASE                1                      Case No. C-08-0331 WHA
MANAGEMENT CONFERENCE; PROPOSED ORDER

WHEREAS there have been no prior extensions of the Case Management Conference or subsidiary dates; and

WHEREAS, in order to provide time for completion of settlement and dismissal of this action, the parties seek to continue for 28 days the date of the Case Management Conference and the dates of the other matters set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, THEREFORE:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Case Management Conference will be rescheduled for May 22, 2008, or as soon thereafter as the conference may be heard, and that the other dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines will be continued accordingly.

DATED:    April 16, 2008

HOSIE RICE LLP

By:  */s/George F. Bishop*
George F. Bishop
Attorneys for Plaintiff Zvue Corp.

WILSON SONSINI GOODRICH & ROSATI

By: */s/John Slafsky*
John Slafsky
Attorneys for Defendant Vuze, Inc.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

By:  */s/George F. Bishop*
George F. Bishop
Attorneys for Plaintiff Zvue Corp.

1  **ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the Case Management Conference will be rescheduled to take place ~~on May 22, 2008, at ___ ___ or as soon thereafter as the conference may be heard,~~ on <u>May 8, 2008, at 11 a.m.</u>, and that the other dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines will be continued accordingly.

SO ORDERED

April <u>16</u>, 2008



_____ Judge

STIPULATION TO EXTEND TIME FOR CASE          3          Case No. 08-0331 WHA
MANAGEMENT CONFERENCE; PROPOSED ORDER