SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
ZVUE CORPORATION

*(additional attorneys listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| ZVUE CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>VUZE, INC.<br><br>        Defendant | Case No. 08-CV-0331 WHA<br><br>**STIPULATION OF DISMISSAL** |
| VUZE, INC.,<br><br>        Counterclaimant,<br><br>  v.<br><br>ZVUE CORPORATION,<br><br>        Counterclaim Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff ZVUE Corporation and Counterclaimant Vuze, Inc. stipulate to the voluntarily dismissal of the above-captioned action with prejudice.

Dated: April 29, 2008         Respectfully submitted,

   /s/ George F. Bishop_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*ZVUE Corporation*

   /s/ Hollis Beth Hire_____
JOHN L. SLAFSKY (CA Bar No. 195513)
jslafsky@wsgr.com
HOLLIS BETH HIRE (CA Bar No. 203651)
hhire@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304-1050
(650) 493-9300 Tel.
(650) 493.6811 Fax

*Attorneys for Defendant*
*Vuze, Inc.*